**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

CASE NO. 1:22-cv-24175-JAL

NIGEL FRANK DE LA TORRE PARDO,

    Plaintiff,
v.

EQUITY ONE (FLORIDA PORTFOLIO) LLC D/B/A BIRD LUDLAM, GABLES AH, LLC D/B/A CAROLINA ALE HOUSE, WINN-DIXIE STORES, INC. D/B/A WINN-DIXIE #249 and ORSILLO ENTERPRISES INC D/B/A BIRD ROAD DAIRY QUEEN,

    Defendants.
_____/

## JOINT NOTICE OF SETTLEMENT

Plaintiff, NIGEL FRANK DE LA TORRE PARDO, and Defendant, ORSILLO ENTERPRISES INC D/B/A BIRD ROAD DAIRY QUEEN, hereby advise the Court that the parties have reached an agreement in principle to settle the instant case pending execution of a Settlement Agreement. The Parties will file a Stipulation dismissing this Action with prejudice once the settlement agreement is executed, which they reasonably expect to do no later than twenty (20) days from the date of this Notice. Accordingly, the Parties respectfully request that the Court vacate all currently set dates and deadlines in this case as to this Defendant only.

Respectfully submitted this April 18, 2023.

| | |
|---|---|
| /s/ *Anthony J. Perez*<br>ANTHONY J. PEREZ<br>Florida Bar No. 535451<br>GARCIA-MENOCAL & PEREZ, P.L.<br>350 Sevilla Avenue, Suite 200<br>Coral Gables, Fl 33134<br>Telephone: (305) 553- 3464<br>Email:  ajperez@lawgmp.com<br>*Counsel for Plaintiff* | /s/ *Maria Del Carmen Calzon*<br>MARIA DEL CARMEN CALZON<br>FL Bar No. 797383<br>MARIA DEL CARMEN CALZON, P.A. 6071 West Flagler Street<br>Miami, Florida 33144<br>Phone: (305)978-1348<br>Emails : Calzonlawoffice@aol.com<br>*Attorneys for Defendant ORSILLO ENTERPRISES INC. D/B/A BIRD ROAD DAIRY QUEEN* |

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system. I further certify a copy of the foregoing was sent by CM/ECF to all counsel of record on this April 18, 2023.

>Respectfully submitted,
>
>**GARCIA-MENOCAL & PEREZ, P.L.**
>*Attorneys for Plaintiff*
>350 Sevilla Avenue, Suite 200
>Telephone: (305) 553-3464
>Facsimile: (305) 553-3031
>Primary E-Mail: ajperez@lawgmp.com
>Secondary E-Mail: bvirues@lawgmp.com; dramos@lawgmp.com
>
>By:  /s/ *Anthony J. Perez*
>        ANTHONY J. PEREZ