UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 1:22-cv-24175-JAL

NIGEL FRANK DE LA TORRE PARDO,

    Plaintiff,

v.

EQUITY ONE (FLORIDA PORTFOLIO) LLC D/B/A BIRD LUDLAM, GABLES AH, LLC D/B/A CAROLINA ALE HOUSE, WINN-DIXIE STORES, INC. D/B/A WINN-DIXIE #249 and ORSILLO ENTERPRISES INC D/B/A BIRD ROAD DAIRY QUEEN,

    Defendants.
_____/

## JOINT NOTICE OF RESOLUTION

Plaintiff, NIGEL FRANK DE LA TORRE PARDO, and Defendant, GABLES AH, LLC D/B/A CAROLINA ALE HOUSE, hereby advise the Court that the parties have reached a resolution. The Parties will file a Stipulation dismissing this Action with prejudice no later than twenty (20) days from the date of this Notice. Accordingly, the Parties respectfully request that the Court vacate all currently set dates and deadlines in this case as to this Defendant only.

Respectfully submitted this April 19, 2023.

| | |
|---|---|
| /s/ *Anthony J. Perez* | /s/ *Pamela Nagel* |
| ANTHONY J. PEREZ | NICOLE M. WALL |
| Florida Bar No. 535451 | FL Bar No. 017430 |
| GARCIA-MENOCAL & PEREZ, P.L. | PAMELA NAGEL |
| 350 Sevilla Avenue, Suite 200 | FL Bar No. 1008151 |
| Coral Gables, Fl 33134 | COLE, SCOTT & KISSANE, P.A. |
| Telephone: (305) 553- 3464 | 222 Lakeview Avenue, Suite 120 West Palm |
| Email:  ajperez@lawgmp.com | Beach, FL 33401 |
| *Counsel for Plaintiff* | Phone: (561) 383-9200 |

1

>Emails : Nicole.Wall@csklegal.com;
>Pamela.Nagel@csklegal.com
>*Attorneys for Defendant GABLES AH, LLC*
>*d/b/a CAROLINA ALE HOUSE*

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system. I further certify a copy of the foregoing was sent by CM/ECF to all counsel of record on this April 19, 2023.

>Respectfully submitted,
>
>**GARCIA-MENOCAL & PEREZ, P.L.**
>*Attorneys for Plaintiff*
>350 Sevilla Avenue, Suite 200
>Telephone: (305) 553-3464
>Facsimile: (305) 553-3031
>Primary E-Mail: ajperez@lawgmp.com
>Secondary E-Mail: bvirues@lawgmp.com;
>dramos@lawgmp.com
>
>By: _/s/ Anthony J. Perez_____
>    ANTHONY J. PEREZ