UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 1:22-cv-24175-JAL

NIGEL FRANK DE LA TORRE PARDO,

    Plaintiff,

v.

EQUITY ONE (FLORIDA PORTFOLIO) LLC D/B/A BIRD LUDLAM, GABLES AH, LLC D/B/A CAROLINA ALE HOUSE, WINN-DIXIE STORES, INC. D/B/A WINN-DIXIE #249 and ORSILLO ENTERPRISES INC D/B/A BIRD ROAD DAIRY QUEEN,

    Defendants.
_____/

### JOINT STIPULATION OF FINAL DISMISSAL WITH PREJUDICE AS TO DEFENDANT, ORSILLO ENTERPRISES INC D/B/A BIRD ROAD DAIRY QUEEN

Plaintiff, NIGEL FRANK DE LA TORRE PARDO, ("Plaintiff"), and Defendant, ORSILLO ENTERPRISES INC D/B/A BIRD ROAD DAIRY QUEEN ("Defendant"), by and through undersigned counsel, and pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), hereby STIPULATE AND AGREE that this matter has been settled and to the immediate dismissal of this action with prejudice, with each party to bear its own attorney's fees and costs except as indicated in the settlement agreement.

STIPULATED AND AGREED by Counsel for the Parties on the dates below written.

Respectfully submitted on May 9, 2023.

| | |
|---|---|
| /s/ *Anthony J. Perez* | /s/ *Maria Del Carmen Calzon* |
| ANTHONY J. PEREZ | MARIA DEL CARMEN CALZON |
| Florida Bar No. 535451 | FL Bar No. 797383 |
| GARCIA-MENOCAL & PEREZ, P.L. | MARIA DEL CARMEN CALZON, P.A. 6071 West |
| 350 Sevilla Avenue, Suite 200 | Flagler Street |

| | |
|---|---|
| Coral Gables, Fl 33134 | Miami, Florida 33144 |
| Telephone: (305) 553- 3464 | Phone: (305)978-1348 |
| Email:  ajperez@lawgmp.com | Emails : Calzonlawoffice@aol.com |
| *Counsel for Plaintiffs* | *Attorneys for Defendant ORSILLO ENTERPRISES INC. D/B/A BIRD ROAD DAIRY QUEEN* |

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing was served via the Court's electronic filing system upon all parties of record on May 9, 2023.

**GARCIA-MENOCAL & PEREZ, P.L.**
*Attorneys for Plaintiff*
350 Sevilla Avenue, Suite 200
Coral Gables, Fl 33134
Telephone: (305) 553-3464
Facsimile: (305) 553-3031
Primary E-Mail:  ajperez@lawgmp.com
Secondary  E-Mail:  bvirues@lawgmp.com; dramos@lawgmp.com

By: __/s/ Anthony J. Perez_____
      ANTHONY J. PEREZ
      Florida Bar No.: 535451