UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 1:22-cv-24175-JAL

NIGEL FRANK DE LA TORRE PARDO,

    Plaintiff,

v.

EQUITY ONE (FLORIDA PORTFOLIO) LLC D/B/A BIRD LUDLAM, GABLES AH, LLC D/B/A CAROLINA ALE HOUSE, WINN-DIXIE STORES, INC. D/B/A WINN-DIXIE #249 and ORSILLO ENTERPRISES INC D/B/A BIRD ROAD DAIRY QUEEN,

    Defendants.
_____/

## JOINT STIPULATION OF FINAL DISMISSAL WITH PREJUDICE

Plaintiff, NIGEL FRANK DE LA TORRE PARDO, ("Plaintiff"), and Defendant, GABLES AH, LLC D/B/A CAROLINA ALE HOUSE ("Defendant"), by and through undersigned counsel, and pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), hereby STIPULATE AND AGREE that this matter has been settled and to the immediate dismissal of this action with prejudice, with each party to bear its own attorney's fees and costs except as indicated in the settlement agreement.

STIPULATED AND AGREED by Counsel for the Parties on the dates below written.

Respectfully submitted on May 10, 2023.

| | |
|---|---|
| /s/ *Anthony J. Perez* | /s/ *Pamela Nagel* |
| ANTHONY J. PEREZ | PAMELA NAGEL |
| Florida Bar No. 535451 | FL Bar No. 1008151 |
| GARCIA-MENOCAL & PEREZ, P.L. | NICOLE M. WALL |
| 350 Sevilla Avenue, Suite 200 | FL Bar No. 017430 |
| Coral Gables, Fl 33134 | COLE, SCOTT & KISSANE, P.A. |

| | |
|---|---|
| Telephone: (305) 553- 3464<br>Email:  ajperez@lawgmp.com<br>*Counsel for Plaintiff* | 222 Lakeview Avenue, Suite 120 West Palm Beach, FL 33401<br>Phone: (561) 383-9200<br>Emails : Nicole.Wall@csklegal.com; Pamela.Nagel@csklegal.com<br>*Attorneys for Defendant GABLES AH, LLC d/b/a CAROLINA ALE HOUSE* |

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing was served via the Court's electronic filing system upon all parties of record on May 10, 2023.

                                            **GARCIA-MENOCAL & PEREZ, P.L.**
                                            *Attorneys for Plaintiff*
                                            350 Sevilla Avenue, Suite 200
                                            Coral Gables, Fl 33134
                                            Telephone: (305) 553-3464
                                            Facsimile: (305) 553-3031
                                            Primary E-Mail:  ajperez@lawgmp.com
                                            Secondary  E-Mail:  bvirues@lawgmp.com; dramos@lawgmp.com

                                            By: ___/s/ Anthony J. Perez_____
                                                   ANTHONY J. PEREZ
                                                   Florida Bar No.: 535451