UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 1:22-cv-24175-JAL

NIGEL FRANK DE LA TORRE PARDO,

    Plaintiff,
v.

EQUITY ONE (FLORIDA PORTFOLIO) LLC D/B/A BIRD LUDLAM, GABLES AH, LLC D/B/A CAROLINA ALE HOUSE, WINN-DIXIE STORES, INC. D/B/A WINN-DIXIE #249 and ORSILLO ENTERPRISES INC D/B/A BIRD ROAD DAIRY QUEEN,

    Defendants.
_____/

## JOINT STIPULATION OF FINAL DISMISSAL WITH PREJUDICE

Plaintiff, NIGEL FRANK DE LA TORRE PARDO, ("Plaintiff"), and Defendant, EQUITY ONE (FLORIDA PORTFOLIO) LLC ("Defendant"), by and through undersigned counsel, and pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), hereby STIPULATE AND AGREE that this matter has been settled and to the immediate dismissal of this action with prejudice, with each party to bear its own attorney's fees and costs except as indicated in the settlement agreement.

STIPULATED AND AGREED by Counsel for the Parties on the dates below written.

Respectfully submitted on May 16, 2023.

/s/ *Anthony J. Perez*  
ANTHONY J. PEREZ  
Florida Bar No. 535451  
GARCIA-MENOCAL & PEREZ, P.L.  
350 Sevilla Avenue, Suite 200  
Coral Gables, Fl 33134  

/s/ *Alejandro I. Leiva*  
Alejandro I. Leiva  
Florida Bar No. 118309  
GREENSPOON MARDER LLP  
200 East Broward Boulevard  
Suite 1800

| | |
|---|---|
| Telephone: (305) 553- 3464 | Fort Lauderdale, FL 33301 |
| Email:  ajperez@lawgmp.com | Tel.  (954) 491-1120 |
| *Counsel for Plaintifs* | Email:   Peter.Siegel@gmlaw.com; |
| | Alex.Leiva@gmlaw.com |
| | *Counsel for Defendant Equity One (Florida Portfolio) LLC* |

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing was served via the Court's electronic filing system upon all parties of record on May 16, 2023.

**GARCIA-MENOCAL & PEREZ, P.L.**
*Attorneys for Plaintiff*
350 Sevilla Avenue, Suite 200
Coral Gables, Fl 33134
Telephone: (305) 553-3464
Facsimile: (305) 553-3031
Primary E-Mail:  ajperez@lawgmp.com
Secondary  E-Mail:  bvirues@lawgmp.com; dramos@lawgmp.com

By:  /s/ Anthony J. Perez
ANTHONY J. PEREZ
Florida Bar No.: 535451