UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 1:22-cv-24175-JAL

NIGEL FRANK DE LA TORRE PARDO,

    Plaintiff,

v.

EQUITY ONE (FLORIDA PORTFOLIO) LLC D/B/A BIRD LUDLAM, GABLES AH, LLC D/B/A CAROLINA ALE HOUSE, WINN-DIXIE STORES, INC. D/B/A WINN-DIXIE #249 and ORSILLO ENTERPRISES INC D/B/A BIRD ROAD DAIRY QUEEN,

    Defendants.
_____/

## JOINT STIPULATION OF FINAL DISMISSAL WITH PREJUDICE

Plaintiff, NIGEL FRANK DE LA TORRE PARDO, ("Plaintiff"), and Defendant, WINN-DIXIE STORES, INC. D/B/A WINN-DIXIE #249 ("Defendant"), by and through undersigned counsel, and pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), hereby STIPULATE AND AGREE that this matter has been settled and to the immediate dismissal of this action with prejudice, with each party to bear its own attorney's fees and costs.

STIPULATED AND AGREED by Counsel for the Parties on the dates below written.

Respectfully submitted on May 19, 2023.

/s/ *Anthony J. Perez*  
ANTHONY J. PEREZ  
Florida Bar No. 535451  
GARCIA-MENOCAL & PEREZ, P.L.  
350 Sevilla Avenue, Suite 200  
Coral Gables, Fl 33134  
Telephone: (305) 553- 3464  
Email:  ajperez@lawgmp.com  

/s/ *Susan V. Warner*  
SUSAN V. WARNER  
Florida Bar No. 38205  
FISHERBROYLES LLP  
1221 Brickell Avenue, Suite 900  
Miami, Florida 33131  
Phone: (786) 310-0637  
Email: susan.warner@fisherbroyles.com

*Counsel for Plaintiffs*                    *Attorneys for Defendant WINN-DIXIE STORES, INC. D/B/A WINN-DIXIE #249*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing was served via the Court's electronic filing system upon all parties of record on May 19, 2023.

**GARCIA-MENOCAL & PEREZ, P.L.**
*Attorneys for Plaintiff*
350 Sevilla Avenue, Suite 200
Coral Gables, Fl 33134
Telephone: (305) 553-3464
Facsimile: (305) 553-3031
Primary E-Mail: ajperez@lawgmp.com
Secondary E-Mail: bvirues@lawgmp.com; dramos@lawgmp.com


By:   /s/ Anthony J. Perez
       ANTHONY J. PEREZ
       Florida Bar No.: 535451